**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 16 2021
CLERK, U.S. DISTRICT COURT
By_____ Two
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | To Be Filed Under Seal **as to Defendant #2 (Zergoski) only** |
| v. | |
| MIGUEL HIDALGO (1)<br>GARY ALLEN ZERGOSKI (2) | Criminal No.<br>**3-21CR0572-B** |

## SEALED INDICTMENT

The Grand Jury charges:

### Count One
Conspiracy to Possess with the Intent to Distribute
500 Grams or More of a Schedule II Controlled Substance
(Violation of 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A))

Beginning sometime in 2021, the exact date being unknown, and continuing until on or about October 19, 2021, in the Dallas Division of the Northern District of Texas and elsewhere, defendants, **MIGUEL HIDALGO** and **GARY ALLEN ZERGOSKI**, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons, known and unknown, to the grand jury to commit the following offense against the United States: to possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(B).

All in violation of 21 U.S.C. § 846.

<u>Count Two</u>
Possession with the Intent to Distribute a
Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about September 30, 2021, in the Dallas Division of the Northern District of Texas, **GARY ALLEN ZERGOSKI,** defendant, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Three</u>
Possession with the Intent to Distribute a
Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about October 19, 2021, in the Dallas Division of the Northern District of Texas, **MIGUEL HIDALGO,** defendant, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Four</u>
Possession with the Intent to Distribute a
Schedule II Controlled Substance
(Violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C))

On or about October 19, 2021, in the Dallas Division of the Northern District of Texas, **MIGUEL HIDALGO,** defendant, knowingly and intentionally possessed with the intent to distribute and distributed a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (Fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

<u>Count Five</u>
Maintaining a Drug-Involved Premises
(Violation of 21 U.S.C. § 856(a)(1))

Beginning sometime in 2021, the exact date being unknown, and continuing to on or about April 15, 2021, in the Dallas Division of the Northern District of Texas, **MIGUEL HIDALGO,** defendant, did unlawfully and knowingly rent, lease, use, and maintain a place located at 9331 Beck Avenue #114, Dallas, Dallas County, Texas, for the purpose of manufacturing, distributing, and using methamphetamine, fentanyl, hydrocodone, MDMA, and Oxycodone, all controlled substance.

All in violation of 21 U.S.C. § 856(a)(1), the penalty for which is found in 21 U.S.C. § 856(b).

## Forfeiture Notice
### [21 U.S.C. § 853(a); 18 U.S.C. § 982(a)(1)]

Upon conviction of any of the offenses alleged in this Indictment and pursuant to 21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1), the defendants, **MIGUEL HIDALDO** and **GARY ALLEN ZERGOSKI,** shall forfeit to the United States all property, real or personal, constituting, or derived from, the proceeds obtained, directly or indirectly, as a result of the respective offense; and any property, real or personal, used or intended to be used, in any manner or part, to commit or to facilitate the commission of the respective offense. This property includes, but is not limited to

1. $3,643.00 United States currency
2. a Romarm GP WASR 10/63 AK-47 rifle with serial number 1985PZ0573.
3. an AR-15 upper receiver with no serial number, and
4. an AR-15 lower receiver with no serial number.

A TRUE BILL:

*Natalie Wilson*
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*[signature]*

Suzanna O. Etessam
Assistant United States Attorney
Texas State Bar No. 17572420
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: (214) 659-8600
Email: Suzanna.Etessam@usdoj.gov

Indictment – Page 6

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

MIGUEL HIDALGO (1)
GARY ALLEN ZERGOSKI (2)

SEALED INDICTMENT

21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)
Conspiracy to Possess with Intent to Distribute
500 Grams or More of Methamphetamine
(Count 1)

21 U.S.C. § 841(a)(1) and (b)(1)(C)
Possession with Intent to Distribute a Schedule II Controlled Substance
(Counts 2, 3 and 4)

21 U.S.C. § 856(a)(1)
Maintaining a Drug-Involved Premises
(Count 5)

21 U.S.C. § 853(a); 18 U.S.C. § 982(a)(1)
Forfeiture Notice

5 Counts

A true bill rendered

FOREPERSON

DALLAS

Filed in open court this 16 day of November, 2021.

---

**Warrant to be Issued \*\*as to Defendant #2 (Gary Allen Zergoski) only**

**Miguel Hidalgo – currently in U.S. Marshal's custody**

---

*[signature]*
UNITED STATES MAGISTRATE JUDGE
Magistrate Court Number:  3:21-MJ-01054-BN
\*\*as to Miguel Hidalgo only